**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

KAMINI PITYSINGH

**Order Filed on June 12, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.: 17-19262**

**Judge: VINCENT F. PAPALIA**

## ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: June 12, 2019**

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): KAMINI PITYSINGH

Case No.: 17-19262VFP

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

---

ORDERED, that the claim of BAYVIEW LOAN SERVICING, Court Claim Number 4, be reduced to amount of $0 .