**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee**

IN RE:

   KAMINI PITYSINGH

Order Filed on June 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  17-19262**

**Judge:  VINCENT F. PAPALIA**

### ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: June 12, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor(s):  KAMINI PITYSINGH

Case No.:  17-19262VFP

Caption of Order:  Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

ORDERED, that the claim of BAYVIEW LOAN SERVICING, Court Claim Number 4, be reduced to

amount of $0 .

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 17-19262-VFP
Kamini Pitysingh                                                         Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1         Date Rcvd: Jun 12, 2019
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2019.
db          +Kamini Pitysingh,    235 Lembeck Ave,   Jersey City, NJ 07305-3802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2019 at the address(es) listed below:
        Alexandra T. Garcia   on behalf of Creditor   Bayview Loan Servicing LLC NJECFMAIL@mwc-law.com,
         nj-ecfmail@ecf.courtdrive.com
        Alexandra T. Garcia   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
         Liability Company NJECFMAIL@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
        Celine P. Derkrikorian   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
         Liability Company njecfmail@mwc-law.com
        Celine P. Derkrikorian   on behalf of Creditor   Bayview Loan Servicing LLC njecfmail@mwc-law.com
        Francis T. Tarlecki   on behalf of Creditor   Bayview Loan Servicing LLC Njecfmail@mwc-law.com,
         ftarlecki.kashlaw@gmail.com
        Marie-Ann  Greenberg   magecf@magtrustee.com
        Melissa S DiCerbo   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
         Liability Company nj-ecfmail@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
        Rebecca Ann Solarz   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
         Liability Company rsolarz@kmllawgroup.com
        Russell L. Low   on behalf of Debtor Kamini  Pitysingh rbear611@aol.com,
         ecf@lowbankruptcy.com;r57808@notify.bestcase.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 10