**Information to identify the case:**

| | |
|---|---|
| Debtor 1: **Kamini Pitysingh** (First Name  Middle Name  Last Name) | Social Security number or ITIN  xxx–xx–5805<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing):  First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  District of New Jersey | |
| Case number:  17–19262–VFP | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kamini Pitysingh

7/7/21                                             **By the court:** Vincent F. Papalia
                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 17-19262-VFP
Kamini Pitysingh  Chapter 13
　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 3
Date Rcvd: Jul 07, 2021  Form ID: 3180W  Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol　Definition**

\+ 　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++ 　Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kamini Pitysingh, 235 Lembeck Ave, Jersey City, NJ 07305-3802 |
| 516809503 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, AM HONDA FIN, 201 LITTLE FALLS DR, WILMINGTON, DE 19808 |
| 518744639 | | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 518744640 | + | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708, J.P. Morgan Mortgage Acquisition Corp. c/o Rushmore Loan Management Services 92619-2708 |
| 519053754 | + | U.S. Bank Trust National Association as Trustee f, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519053755 | + | U.S. Bank Trust National Association as Trustee f, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, U.S. Bank Trust National Association as Serviced by Select Portfolio Servicing, |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 07 2021 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 07 2021 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516809505 | + | EDI: WFNNB.COM | Jul 08 2021 00:43:00 | ANNIE SEZ, 401 HACKENSACK AVE, HACKENSACK, NJ 07601-6411 |
| 516809506 | + | EDI: BANKAMER.COM | Jul 08 2021 00:43:00 | BANKAMERICA, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 516809508 | + | EDI: LCIBAYLN | Jul 08 2021 00:43:00 | BAYVIEW FINANCIAL LOAN, 4425 PONCE DE LEON BLVD, CORAL GABLES, FL 33146-1873 |
| 517054486 | + | EDI: LCIBAYLN | Jul 08 2021 00:43:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1873 |
| 516809510 | + | EDI: CAPITALONE.COM | Jul 08 2021 00:43:00 | CAPITAL ONE, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |
| 516809509 | + | EDI: CAPITALONE.COM | Jul 08 2021 00:43:00 | CAPITAL ONE, PO BOX 26625, RICHMOND, VA 23261-6625 |
| 516809515 | + | EDI: WFNNB.COM | Jul 08 2021 00:43:00 | COMENITY BANK/ANNIESEZ, 995 W 122ND AVE, WESTMINSTER, CO 80234-3417 |
| 516809516 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 07 2021 20:44:35 | CREDIT ONE BANK NA, PO BOX 98872, LAS VEGAS, NV 89193-8872 |
| 516809517 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 07 2021 20:44:35 | CREDITONEBNK, PO BOX 98872, LAS VEGAS, NV 89193-8872 |
| 516809518 | + | EDI: DISCOVER.COM | Jul 08 2021 00:43:00 | DISCOVER FIN SVCS LLC, PO BOX 15316, WILMINGTON, DE 19850-5316 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 07, 2021 | Form ID: 3180W | Total Noticed: 33 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 516809519 | | EDI: CITICORP.COM | Jul 08 2021 00:43:00 | DSNB MACYS, PO BOX 8218, MASON, OH 45040 |
| 516809521 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Jul 07 2021 20:40:00 | JH PORTFOLIO DEBT EQUI, 5757 PHANTOM DR STE 225, HAZELWOOD, MO 63042-2429 |
| 516809512 | | EDI: JPMORGANCHASE | Jul 08 2021 00:43:00 | CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 516809522 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2021 20:44:35 | LVNV FUNDING LLC, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 517053907 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2021 11:35:53 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516809525 | + | EDI: PRA.COM | Jul 08 2021 00:43:00 | PORTFOLIO RECOVERY ASS, 120 CORPORATE BLVD STE 1, NORFOLK, VA 23502-4952 |
| 517059689 | | EDI: PRA.COM | Jul 08 2021 00:43:00 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 517060945 | | EDI: PRA.COM | Jul 08 2021 00:43:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 516809527 | + | EDI: CITICORP.COM | Jul 08 2021 00:43:00 | SEARS/CBNA, PO BOX 6282, SIOUX FALLS, SD 57117-6282 |
| 516809528 | + | EDI: SECONDROUND.COM | Jul 08 2021 00:43:00 | SECOND ROUND LP, 4150 FRIEDRICH LANE SUIT, AUSTIN, TX 78744-1052 |
| 516809529 | + | EDI: RMSC.COM | Jul 08 2021 00:43:00 | SYNCB/JCP, PO BOX 965007, ORLANDO, FL 32896-5007 |
| 516809530 | + | EDI: RMSC.COM | Jul 08 2021 00:43:00 | SYNCB/OLD NAVY, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 516809531 | + | EDI: RMSC.COM | Jul 08 2021 00:43:00 | SYNCB/PC RICHARD, PO BOX 965036, ORLANDO, FL 32896-5036 |
| 516812157 | + | EDI: RMSC.COM | Jul 08 2021 00:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516809532 | + | EDI: WFFC.COM | Jul 08 2021 00:43:00 | WF CRD SVC, 3201 N 4TH AVE, SIOUX FALLS, SD 57104-0700 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516809504 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, AM HONDA FIN, 201 LITTLE FALLS DR, WILMINGTON, DE 19808 |
| 516809507 | *+ | BANKAMERICA, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 516809511 | *+ | CAPITAL ONE, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |
| 516809520 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, DSNB MACYS, PO BOX 8218, MASON, OH 45040 |
| 516809513 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 516809514 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 519213649 | *+ | Kamini Pitysingh, 235 Lembeck Ave., Jersey City, NJ 07305-3802 |
| 516809523 | *+ | LVNV FUNDING LLC, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 516809524 | *+ | LVNV FUNDING LLC, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 516809526 | *+ | PORTFOLIO RECOVERY ASS, 120 CORPORATE BLVD STE 1, NORFOLK, VA 23502-4952 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 09, 2021          Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor Bayview Loan Servicing LLC NJECFMAIL@mwc-law.com  nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Andrew M. Lubin | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bkecf@milsteadlaw.com alubin@milsteadlaw.com |
| Brian E Caine | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. bcaine@parkermccay.com  BKcourtnotices@parkermccay.com |
| Celine P. Derkrikorian | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company njecfmail@mwc-law.com |
| Celine P. Derkrikorian | on behalf of Creditor Bayview Loan Servicing LLC njecfmail@mwc-law.com |
| Francis T. Tarlecki | on behalf of Creditor Bayview Loan Servicing LLC Njecfmail@mwc-law.com  ftarlecki.kashlaw@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa S DiCerbo | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company rsolarz@kmllawgroup.com |
| Russell L. Low | on behalf of Debtor Kamini Pitysingh ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12